## LEMON and Others *v.* HAY, Treasurer, &c.

In a suit by notice and motion, under the statute, against the collector of county taxes and his sureties, the description of the bond in the notice must be as particular as it should be in a declaration.

ERROR to the *Clark* Circuit Court.

Holman, J.—Judgment on motion in favour of *Hay*, treasurer of *Clark* county, against *Lemon*, late sheriff and collector of that county, and *Carr*, *Hucklebury*, and *Cooper*, his sureties, for failing to pay certain taxes due to the said county, by the said *Lemon*, as collector. The notice names *Carr*, *Hucklebury*, and *Cooper* as the sureties of *Lemon*, without stating in what manner they became sureties.

The act of assembly requires that the collectors of taxes

Nov. Term, should give bond with surety; and if *Carr, Hucklebury*, and *Coop-*
1822.     *er* were the sureties of *Lemon*, as collector, it was by bond exe-
────────── cuted agreeably to the provisions of the act of assembly. If
HEATH     such was the case, the bond which showed their liability to
v.        this motion, should have been set forth in the notice as fully as it
SHELBY.   should be in a declaration. See *Dawson* v. *Shaver et al.*, decided
          at this term (1). The notice is therefore insufficient, and the
          proceedings thereon are erroneous.

 *Per Curiam.*—The judgment is reversed, with costs.

 *Howk*, for the plaintiffs.

 *Ross*, for the defendant.

(1) Ante, p. 204. Stat. 1817, p. 291 ;—1823, p. 122.